[No. 2326. Decided October 8, 1896.]

THE STATE OF WASHINGTON ON THE RELATION OF THOMAS B. MULLEN, *Respondent,* v. THOMAS E. DOHERTY, *Appellant.*

Appeal from Superior Court, Pierce County.—Hon. W. H. PRITCH-ARD, Judge. Affirmed.

*Govnor Teats, J. P. Judson,* and *W. H. H. Kean,* for appellant.
*Claypool, Cushman & Cushman,* for respondent.

*Per Curiam.*—For reasons announced in the opinions recently filed by this court in the cases of *Fawcett v. Superior Court of Pierce County, ante* p. 342 and *State, ex rel. Mullen v. Superior Court of Pierce County, ante,* p. 376, the writ applied for will be denied.

---

[No. 2302. Decided November 9, 1896.

D. BUCHANAN, *Respondent,* v. ADAMS COUNTY, *Appellant.*

Appeal from Superior Court, Adams County.— Hon. WALLACE MOUNT, Judge. Reversed.

*O. R. Holcomb,* and *James A. Haight,* for appellant.
*D. Buchanan,* for respondent.

*Per Curiam.*—Under the rule announced by this court in *Olympia Water Works v. Board of Equalization of Thurston County,* 14 Wash. 268 (44 Pac. 267), an appeal did not lie from the order made by the board of equalization to the superior court. Such court was therefore without jurisdiction to make the order from which this appeal has been prosecuted. It will be reversed and the proceeding dismissed.